# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: A & B BOATS, L.L.C.                               NO.   2019 CW 0380

AUG 0 5 2019

In Re:     A & B Boats, L.L.C. and Alfred P. Cenac, III, applying
           for supervisory writs, 32nd Judicial District Court,
           Parish of Terrebonne, No. 181225.

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                                  **JMM**
                                  **MRT**
                                  **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT